IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPAHA BANK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DELTA CENTER, INC., DELTA CENTER RESIDENTIAL, | ) |
| INC., FIRST NATIONAL BANK OF CAIRO, ILLINOIS, | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) |
| JANEICE BAILEY, MIKAYLA BAILEY, MELANIE T. | ) |
| BALLARD, JULIE A. BURKITT, JESSICA BUTCHER, | ) |
| DAWANDA D. CANNON, SHANEKA CANNON, | ) |
| KENITRA L. CHILDRESS, DAWN M. CHLADA, | ) |
| MELOVEE CLARK, LEA A. CLENDENIN, MARGARET | ) |
| M. DALE, RAYMOND E. DAVAULT, BARBARA R. | ) |
| DAVIS, REBECCA J. EFTINK, CHEILA ELLIS, | ) |
| KANESHA EURALES, MARIAN EVERAGE, JAMIE L. | ) |
| FEAR, MORGAN N. FRAYSER, MARVINA HALTON, | ) |
| WINTER HARRINGTON, BERNARD HARRIS, | ) |
| FRANZELLE E. HOWARD, CASEY E. HUFF, TAMELA | ) |
| HUGHES, CHARLETTE JACKSON, CARRIE JAMES, | ) |
| KATRINA L. JONES, DA'NAI LAMPKINS, ROBIN | ) |
| LUTKER, KENT MACK, JULIE K. MASON, ORLANDO | ) |
| T. MATTHEWS, KATHLEEN M. MAYS, QUITMAN | ) |
| MCBRIDE, SANDRA G. MCGREGOR, GEORGE R. | ) |
| MITCHELL, REGINDA MOORE, KIMYATTA MOORE, | ) |
| EDGAR NELSON, SHIRLEY RILEY, CHRISTY | ) |
| ROBERTSON, ARLENE SCHOEN, PATRICIA A. | ) |
| SHOULDERS, WILLIAM SKILES, JONI L. SMITH, | ) |
| LORIE ST. ARBOR, CYNTHIA SWOPE, LISA TOLBERT, | ) |
| CHRISTY TOON, PEARLENE TOOTS, LAWRENCE | ) |
| VALENTINE, JACOB VANWEY, ARKITA M. VEAL- | ) |
| WATTS, LYNN R. WEBSTER, MELODY WEDDING, | ) |
| SHARON K. WILKINS, BERNARD WILLIAMS, GLENN | ) |
| WILLIFORD, RICHARD WILLIS, UNITED STATES DE- | ) |
| PARTMENT OF TREASURY-INTERNAL REVENUE | ) |
| SERVICE, ILLINOIS DEPARTMENT OF REVENUE, | ) |
| ILLINOIS DEPARTMENT OF LABOR and UNKNOWN | ) |
| CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

The Defendants, United States Department of Agriculture and United States Department

of Treasury-Internal Revenue Service ("United States"), by its attorneys, James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Gerald M. Burke, Assistant United States Attorney, makes this notice of removal pursuant to  28 U.S.C. §§ 1441(c),  1442(a) and 1444, and states as follows:

1.      The United States has been named as a defendant in a civil action now pending in the Circuit Court of the First Judicial Circuit, Alexander County, Illinois *sub nom*:  *Capaha Bank v. Delta Center, Inc., et al.,* 15-L-10.

2.      Service of process was made upon the United States Attorney and the government first became aware of the existence of this action on May 13, 2016, when it received the summons, complaint, Delta Center, Inc.'s Motion to Add Necessary Parties and Order appended as Exhibits A, B, C, and D respectively.

3.      This is a foreclosure action seeking to foreclose the interests in the subject property which exist by reason of the United States Department of Agriculture and United States Department of Treasury – Internal Revenue Service's duly recorded mortgage and tax liens as set forth in the body of the complaint.

4.      This Court has subject matter jurisdiction pursuant to 28 USC § 1442.

5.      An action to foreclose property in which the United States claims an interest is removable to the federal district court in the district where in the state action is pending, pursuant to 28 U.S.C. §§1444 and 2410 .

6.      The Circuit Court of the First Judicial Circuit, Alexander County lies within the Southern District of Illinois.

7.      A copy of the Notice of Removal is being served on all known attorneys of record in the state court case and a copy thereof will be filed with the Clerk of the Circuit Court of the First Judicial Circuit, Alexander County pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the United States of America removes this action to the United States District Court for the Southern District of Illinois pursuant to 28 U.S.C. §§ 1441(c), 1442(a) and 1444.

Respectfully submitted this 16th day of May 2016.

UNITED STATES OF AMERICA

JAMES L. PORTER
Acting United States Attorney

*s/Gerald M. Burke*
GERALD M. BURKE
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
Fax:  (618) 622-3810
E-mail: Gerald.Burke@usdoj.gov

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on May 16, 2016, I electronically filed the foregoing **Notice of Removal** with the Clerk of Court using the CM/ECF system and I hereby certify that on May 16, 2016, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Paul Jones
Clerk for Circuit Court
Alexander County
2000 Washington

Will Konrad
Matt Scoggins
HEAVNER, BEYERS, & MIHLAR LLC
P.O. Box 740
111 East Main Street
Decatur, Illinois 62525

John G. Holland, Jr.
First National Bank, Cairo
230 Eighth St.
P.O. Box 186
Cairo, IL 62914

Capaha Bank
c/o John Schneider
Johnson, Schneider & Ferrell, LLC
212 North Main Street
Cape Cirardeau, MO 63701

Gilbert, Huffman, Prosser, Hewson
   & Barke, Ltd
Attoneys for Delta Center, Inc.
102 S. Orchard Drive
P.O. Box 1060
Carbondale, IL  62901

<u>*s/Gerald M. Burke*</u>
GERALD M. BURKE
Assistant United States Attorney
United States Attorney's Office
Nine Executive Drive
Fairview Heights, IL  62208
Phone:  (618) 628-3700
Fax:  (618) 622-3810
E-mail: Gerald.Burke@usdoj.gov