IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CAPAHA BANK, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  16-cv-0549-MJR-RJO |
| ) | |
| DELTA CENTER, INC., et al., ) | |
| ) | |
|     Defendants. ) | |
| ------------------------------------------------------- ) | |
| ) | |
| DELTA CENTER, INC., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  16-cv-0010-MJR-PMF |
| ) | |
| UNITED STATES DEPT. OF ) | |
| AGRICULTURE, et al., ) | |
| ) | |
|     Defendants. ) | |

**MOTION TO DEPOSIT MONEY WITH THE COURT AND FOR
SUMMARY JUDGMENT AWARDING ATTORNEY'S FEES EXPENDED**

Now comes the Defendant, First National Bank, Cairo, Illinois, a National Banking Association by its Attorney, John G. Holland, Jr., and for its Motion To Deposit Money With The Court And For Summary Judgment Awarding Attorney's Fees Expended, states as follows:

    I.    <u>DEPOSIT WITH THE COURT</u>

    1.  Pursuant to Rule 67 of the Federal Rules of Civil Procedure, Defendant, First National Bank, Cairo, Illinois, moves the Court for an Order allowing the deposit of $194,208.10 with the Clerk of the Court.

1

2. Defendant First National Bank, Cairo, Illinois, is not a claimant or creditor in these consolidated cases.

3. Defendant First National Bank, Cairo, Illinois is a disinterested innocent stake holder and mere depository holding money in three (3) accounts.

4. Defendant Delta Center, Inc. is Plaintiff in Case No. 16-cv-0010-MJR-PMF. Defendant First National Bank, Cairo, Illinois was not named as a party defendant in that Alexander County Illinois case subsequently removed to The United States District Court For The Southern District Of Illinois. However, Count I – Complaint In Interpleader Paragraph 11 references sums on deposit at First National Bank. Paragraph 16 of said Count I references sum(s) deposited by Plaintiff in First National Bank and the prayer for relief asks that "the Court accept the conveyance into this Court of all real property and assignment of all accounts and assets of Plaintiff".

5. On July 1, 2016, this Court entered its Order Consolidating the Capaha Bank and the Delta Center Inc. cases.

6. The consolidated cases seek the disposition of a sum of money in the nature of interpleader.

7. The sum of $194,208.10 to be deposited consists of the variable total of the 3 accounts being $197,008.10 less the sum of $3,200.00 in attorney fees as of September 14, 2016, to be retained by the Defendant, First National Bank, Cairo, Illinois. The amount of the attorney fees to be retained from the deposit are for 20 hours of legal work at the rate of $160.00 per hour covering the time period October 21, 2015, through August 10, 2016, and attorney's fees continuing to accrue.

II.     ALLOWANCE OF ATTORNEY FEES

1.  Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant First National Bank, Cairo, Illinois, moves the Court to enter an Order of Summary Judgment awarding Defendant its attorney's fees expended and continuing to accrue from the stake.

2.  These consolidated cases seek the disposition of a sum of money in the nature of interpleader.

3.  Defendant, First National Bank, Cairo, Illinois, is a disinterested innocent stakeholder and a mere depository holding money and its efforts to protect its interest in these consolidated cases are not part of its normal course of business.

4.  Modern federal practice follows the traditional equity rule that gives the trial court discretion to allow a disinterested stakeholder to recover attorney's fees and costs from the stake itself.  *Aaron v. Mahl,* 550 F .3d 659 (7th Cir., 2008)

5.  There is no genuine dispute as to any material fact and Defendant First National Bank, Cairo, Illinois, is entitled to judgment as a matter of law.

WHEREFORE, Defendant First National Bank, Cairo, Illinois respectfully requests leave of Court to deposit the money it holds into the registry of this Court pursuant to Rule 67 of the Federal Rules of Civil Procedure and prays that the Court enter an Order authorizing and directing the deposit with the Court upon such terms as the Court may direct and that First National Bank, Cairo, Illinois be discharged from all liability, that the cases be dismissed as to First National Bank, Cairo, Illinois, and that said Defendant recover its costs and reasonable attorney's fees from the stake.  Defendant is requesting current fees and those continuing to accrue in this case.

        Respectfully submitted,

        **s/John G. Holland, Jr.**
        John G. Holland, Jr., Attorney for the
        Defendant, First National Bank, Cairo,
        Illinois

John G. Holland, Jr.
Attorney at Law
230 Eighth Street
P.O. Box 186
Cairo, IL  62914
Phone:  618-734-2800
jsholland12000@lazernetwireless.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2016, I electronically filed the foregoing **Motion To Deposit Money With The Court And For Summary Judgment Awarding Attorney's Fees Expended** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    John R. Schneider (Attorney for Capaha Bank)
    Patrick J. Hewson (Attorney for Delta Center)
    Gerald M. Burke (Assistant United States Attorney)

and by placing said copy in postpaid envelopes addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelopes and contents in the United States Mail at Cairo, Illinois.

    ADDRESSES:

Lorie St. Arbor
P.O. Box 58
Mound City, IL  62963

Arlene Schoen
611 Walnut Street
Mound City, IL  62963

Julie K. Mason
22444 Fayville Road
Thebes, IL  62990

Charlotte Jackson
1107 MLK Avenue
Cairo, IL  62914

Winter Harrington
c/o Arkita Veal-Watts
321 Fairway Vista Road
Murphysboro, IL  62966

Dawanda D. Cannon
626 27th Street
Cairo, IL  62914

Lynn R. Webster
2908 Magnolia Drive
Cairo, IL  62914

Patricia A. Shoulders
129 McBride
Cairo, IL  62914

Kimyatta Moore
809 E. Kathleen Street
Sikeston, MO  63801

Robin Lutker
302 S. 3rd Street
Mound City, IL  62963

Franzelle E. Howard
P.O. Box 802
Cairo, IL  62914

Rebecca J. Eftink
P.O. Box 648
Bloomfield, MO  63825

Arkita M. Veal-Watts
321 Fairway Vista Road
Murphysboro, IL  62966

<u>s/John G. Holland, Jr.</u>
Attorney at Law