IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CAPAHA BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-0549-MJR-RJD |
| | ) | |
| DELTA CENTER, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ------------------------------------------------- | ) | |
| | ) | |
| DELTA CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16-cv-0010-MJR-RJD |
| | ) | |
| UNITED STATES DEPT. OF | ) | |
| AGRICULTURE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

THIS CAUSE coming before the Court on the Motion To Deposit Funds And For

Summary Judgment Awarding Attorney Fees Expended by First National Bank, Cairo,

Illinois, filed on September 15, 2016, and the Settlement Brief filed on January 4, 2017,

by the United States Department of Agriculture (USDA) and also the Response To

Settlement Brief filed on January 17, 2017, by First American State Bank, f/k/a First

National Bank, Cairo, Illinois, and the Court being fully advised in the premises FINDS

that all of the adversarial parties concur that the funds held by First American State Bank

f/k/a First National Bank, Cairo, Illinois, less attorney fees expended are to be transferred

to the United States Department of Agriculture, accordingly;

IT IS ORDERED that First American State Bank f/k/a First National Bank transfer

the funds held to the USDA less its attorney fees expended to be deducted and retained

by First American State Bank f/k/a First National Bank and First American State Bank

f/k/a First National Bank is discharged from all liability and the consolidated cases are

dismissed as to First American State Bank f/k/a First National Bank.

ENTERED _February 21_ , 2017

Chief Judge Michael J. Reagan
United States District Court for the
Southern District of Illinois